UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| LISA M. MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-3224 (AW) |
| ) | |
| CAMBRIDGE INTEGRATED ) | |
| SERVICES GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT REPORT

Defendant Cambridge Integrated Services Group, Inc., by counsel, respectfully moves this Court for an order pursuant to Rule 37(c) of the Federal Rules of Civil Procedure striking Plaintiff's expert report.

For the reasons set forth in the accompanying Memorandum of Law, incorporated herein and filed herewith, Plaintiff's expert and his expert report should be stricken and Plaintiff should be barred from utilizing expert testimony in this case.

Dated: September 22, 2009              LITTLER MENDELSON, P.C.

By:   s/ Thomas J. Flaherty
    Thomas J. Flaherty (Fed. Bar No. 16582)
    tflaherty@littler.com
    Lindsey H. McGinnis (admitted *Pro Hac Vice*)
    lmcginnis@littler.com
    1650 Tysons Blvd., Suite 700
    McLean, Virginia  22102
    703.442.8425  Telephone
    703.442.8428  Facsimile

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2009 a copy of the foregoing DEFENDANT'S MOTION TO STRIKE was served by the Court's electronic filing system and U.S. Mail upon the following:

>Christopher L. Rogan, Esq.
>James P. Campbell, Esq.
>Danell P. Dean, Esq.
>Campbell Miller Zimmerman, P.C.
>19 East Market Street
>Leesburg, Virginia  20176

>__s/ Lindsey H. McGinnis_____
>Lindsey H. McGinnis