UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| LISA M. MURPHY, | ) |
| Plaintiff, | ) Case No. 08-cv-3224 (AW) |
| v. | ) |
| CAMBRIDGE INTEGRATED SERVICES GROUP, INC., | ) |
| Defendant. | ) |

## DEFENDANT CAMBRIDGE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Cambridge Integrated Services Group, Inc., ("Cambridge"), by and through undersigned counsel, hereby moves this Court for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure with respect to several claims asserted in Plaintiff Lisa M. Murphy's First Amended Complaint.

Cambridge is moving for summary judgment as to the following claims asserted by Plaintiff: (a) claims concerning the amount of commissions Cambridge actually paid to Plaintiff; (b) Plaintiff's Count I and II claims for commissions based upon (1) revenues invoiced by third-party vendors for certain services they performed, (2) Cambridge's second year revenues on the underlying customer contract, (3) claims relating to the "West Virginia Expansion" project premised upon a 9% commission rate; and (c) Plaintiff's Count I claim for treble damages and attorneys fees under the Maryland Wage Payment and Collection law.

Cambridge's Motion for Summary Judgment is based on the accompanying of Memorandum of Law in Support of its Motion for Summary Judgment and supporting exhibits, which are incorporated by reference herein.

WHEREFORE, Cambridge respectfully requests that the Court enter an order granting Cambridge's Motion for Summary Judgment and entering such other relief as the Court deems just and proper.

Dated: October 27, 2009                         LITTLER MENDELSON, P.C.

By: __s/ Thomas J. Flaherty__
Thomas J. Flaherty (Fed. Bar No. 16582)
tflaherty@littler.com
Lindsey H. McGinnis (admitted *Pro Hac Vice*)
lmcginnis@littler.com
1650 Tysons Blvd., Suite 700
McLean, Virginia 22102
703.442.8425 Telephone
703.442.8428 Facsimile

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009 a copy of the foregoing Motion was served via the Court's electronic filing system upon the following:

> Christopher L. Rogan, Esq.
> James P. Campbell, Esq.
> Danell P. Dean, Esq.
> Campbell Miller Zimmerman, P.C.
> 19 East Market Street
> Leesburg, Virginia  20176

                         s/ Lindsey H. McGinnis
                         Lindsey H. McGinnis

of Plaintiff's First Amended Complaint.