# CAMBRIDGE

## Universal Notification Form
### New Business

## Claim Service

### Workers Compensation

| | Type of Pricing | Published Pricing | Sold Price New Claim | Est. New Claims | New Claim Revenue | Type of Pricing | Published Pricing | Sold Price New Claim | No. Tail Claims | Tail Claim Revenue | Estimated Annual Claim Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Med-Only Claims** | | | | | | | | | | | |
| CA | Life of Contract | $ 140.00 | $ - | | $0.00 | Life of Contract | $ none | $ - | | $0.00 | $0.00 |
| Premium States | Life of Contract | $ 130.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| All Others | Life of Contract | $ 125.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| **Managed Medical Claims** | | | | | | | | | | | |
| CA | Life of Contract | $ 400.00 | $ - | | $0.00 | Life of Contract | $ | $ - | | $0.00 | $0.00 |
| Premium States | Life of Contract | $ 325.00 | $ - | | $0.00 | Life of Contract | $ | $ - | | $0.00 | $0.00 |
| All Others | Life of Contract | $ 325.00 | $ - | | $0.00 | Life of Contract | $ | $ - | | $0.00 | $0.00 |
| **Indemnity** | | | | | | | | | | | |
| CA | Life of Contract | $ 1,310.00 | $ - | | $0.00 | Life of Contract | $ | $ - | | $0.00 | $0.00 |
| Premium States | Life of Contract | $ 1,080.00 | $ - | | $0.00 | Life of Contract | $ | $ - | | $0.00 | $0.00 |
| All Others | Life of Contract | $ 325.00 | $ - | | $0.00 | Life of Contract | $ - | $ - | | $0.00 | $0.00 |
| **Other** | | | | | | | | | | | |
| Incident-Only | Life of Contract | $ 25.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Other | Life of Contract | none | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Other | Life of Contract | none | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Other | Life of Contract | none | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| **TOTALS** | | | | 0 | $0.00 | | | **TOTALS** | 0 | $0.00 | $0.00 |

Premium States = FL, HI, OH, MN, CO, NY, TX, AK

### Comments

This is a workers compensation run off program. Pricing is on a cost plus model for the takeover of 63 BrickStreet employees plus two senior level Cambridge claims managers.
Cost Plus pricing is attached.



tabbles®

EXHIBIT

A

Plaintiff
180

# CAMBRIDGE

# Universal Notification Form
## New Business

## General Liability

| Type of Pricing | Published Pricing | Sold Price New Claim | Est. New Claims | New Claim Revenue | Type of Pricing | Published Pricing | Sold Price New Claim | No. Tail Claims | Tail Claim Revenue | Estimated Annual Claim Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| Bodily Injury | Life of Contract | $ 590.00 | $ - | $0.00 | Life of Contract | $ - | $ - | | $0.00 | $0.00 |
| PD<$50,000 | Life of Contract | $ 305.00 | $ - | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| PD>$50,000* | Life of Contract | $ 500.00 | $ - | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Other | Life of Contract | none | $ - | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Other | Life of Contract | none | $ - | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| TOTALS | | | 0 | $0.00 | TOTALS | | | 0 | $0.00 | $0.00 |

*final fee to be calculated once claim closes

Comments

N/A

## Auto Liability

| Type of Pricing | Published Pricing | Sold Price New Claim | Est. New Claims | New Claim Revenue | Type of Pricing | Published Pricing | Sold Price New Claim | No. Tail Claims | Tail Claim Revenue | Estimated Annual Claim Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| Bodily Injury | Life of Contract | $ 530.00 | $ - | $0.00 | Life of Contract | $ - | $ - | | $0.00 | $0.00 |
| PD | Life of Contract | $ 200.00 | $ - | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| M & PIP | Life of Contract | $ 740.00 | $ - | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Comprehensive | Life of Contract | $ 200.00 | $ - | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Collision | Life of Contract | $ 200.00 | $ - | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Other | Life of Contract | none | $ - | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| TOTALS | | | 0 | $0.00 | TOTALS | | | 0 | $0.00 | $0.00 |

Comments

N/A

Plaint'
181

# CAMBRIDGE

# Universal Notification Form
## New Business

## Professional Liability Services

| | Type of Pricing | Published Pricing | Sold Price New Claim | Est. New Claims | New Claim Revenue | | Type of Pricing | Published Pricing | Sold Price New Claim | No. Tail Claims | Tail Claim Revenue | Estimated Annual Claim Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asserted Claim | Life of Contract | none | $ - | | $0.00 | | Life of Contract | none | $ - | | $0.00 | $0.00 |
| PCE | Life of Contract | none | $ - | | $0.00 | | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Incident | Life of Contract | none | $ - | | $0.00 | | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Mediation/Trial | Life of Contract | none | $ - | | $0.00 | | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Yield Inv. | Life of Contract | none | $ - | | $0.00 | | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Risk Mgt Con. | Life of Contract | none | $ - | | $0.00 | | Life of Contract | none | $ - | | $0.00 | $0.00 |
| TOTALS | | | | 0 | $0.00 | | | | | 0 | $0.00 | $0.00 |

Comments

N/A

## Other Liability Services

| Type of Pricing | Published Pricing | Sold Price New Claim | Est. New Claims | New Claim Revenue | | Type of Pricing | Published Pricing | Sold Price New Claim | No. Tail Claims | Tail Claim Revenue | Estimated Annual Claim Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Property<$50K | Life of Contract | $ 314.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Property>$50K* | Life of Contract | $ 90.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Product (BI) | Life of Contract | none | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Product (PD) | Life of Contract | none | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Other | Life of Contract | none | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| per hour rate | | | | | | | | | | | |
| TOTALS | | | | 0 | $0.00 | | | | 0 | $0.00 | $0.00 |

Comments

N/A

Plain
182

# CAMBRIDGE

# Universal Notification Form
## New Business

## Incident Only Services

| | Type of Pricing | Published Pricing | Sold Price New Claim | Est. New Claims | New Claim Revenue | Type of Pricing | Published Pricing | Sold Price New Claim | No. Tail Claims | Tail Claim Revenue | Estimated Annual Claim Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Workers Comp | Life of Contract | $ 25.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Auto Liability | Life of Contract | $ 25.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| General Liability | Life of Contract | $ 25.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Property | Life of Contract | $ 25.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Product (BI) | Life of Contract | $ 25.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Product (PD) | Life of Contract | $ 25.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| Other | Life of Contract | $ 25.00 | $ - | | $0.00 | Life of Contract | none | $ - | | $0.00 | $0.00 |
| | | | TOTALS | 0 | $0.00 | | | TOTALS | 0 | $0.00 | $0.00 |

Comments

N/A

CAMBRIDGE

# Universal Notification Form

New Business

## Policy Information - by Year - by Line of Business

| | Carrier 1 | Carrier 2 | Carrier 3 |
|---|---|---|---|
| Carrier | | | |
| Address | | | |

| | Carrier 1 Underwriting Company | Carrier 2 Underwriting Company | Carrier 3 Underwriting Company |
|---|---|---|---|
| U/W Co. | | | |
| Address | | | |
| Contact | | | |
| Phone No. | | | |
| Fax No. | | | |
| Email | | | |

Plain+'cc
18

# CAMBRIDGE

# Universal Notification Form
## New Business

**Revenue Ramp-Up required?(Yes/No)** No

## Managed Care

| Bill Review & PPO Services | Vendor | Projected Numbers | Published Rate | Percent Claim Revenue | Comment | Estimated 1st year Revenue |
|---|---|---|---|---|---|---|
| WC Bill Review | CISGI | 0 | $ 1.25 | | N/A at this time | $0.00 |
| WC PPO Services (new claims) | | | $ 1.35 | | | $0.00 |
|   CA | | | $0 | 28.00% | | $0.00 |
|   All Other | | | $0 | 28.00% | | $0.00 |
| WC PPO Services (tail claims) | | | | | | |
|   CA | | | $0 | 28.00% | | $0.00 |
|   All Other | | | $0 | 28.00% | | $0.00 |
| Health PPO | | | $0 | 30.00% | | $0.00 |
| Auto Liability PPO | | | $0 | 35.00% | | $0.00 |
| Auto No Fault Bill Review | | 0 | $0 | | | $0.00 |
| Negotiated Savings | | | | 30.00% | | |
| Job Analysis | | | $300.00 | | | |
| Labor Market Survey | | | $425.00 | | | |
| 90 Day QRR | | | $220.00 | | | |
| Early Intervention | | 0 | $ 350.00 | | | $0.00 |

Telephonic Case Management (fee for 30 days and subsequent 30 days, then hourly rate)

Subsequent 30 days is $150.00

| | | | | | |
|---|---|---|---|---|---|
| TCM - CA & MA | | $0 | $ 92.00 | After 60 days Telephonic Case Management hourly rates apply | $0.00 |
| TCM - All Other States | | $0 | $ 87.00 | | $0.00 |

Plair
185

# CAMBRIDGE

# Universal Notification Form
## New Business

| Utilization Review (per assignment) | | | |
|---|---|---|---|
| Hospital Inpatient | | | $ 167.00 |
| Hospital Outpatient Surg | | | $ 145.00 |
| MRI Review | | | $ 90.00 |
| PT/Chiro Review | | | $ 145.00 |
| DME Review | | | $ 85.00 |
| Other Review | | | $ 135.00 |

| Peer Review (hourly rate) | | |
|---|---|---|
| Peer Review | | $ 350.00 |
| File Review | | $ 350.00 |
| Expert Witness | | $ 450.00 |
| Med Legal/Testimony | | $ 450.00 |

| Pharmacy Network (percentage of savings) | | |
|---|---|---|
| Pharmacy Program | | 30% |

Total | $0.00

Plf iff



# CAMBRIDGE

## Universal Notification Form
### New Business

**Intake**

| | Select | CISGI | Vendor | Published Rate |
|---|---|---|---|---|
| Internet to Intake Center | | | | 0.00 |
| Telephone to Intake Center | | | | 22.00 |
| Email to Intake Center | | | | 0.00 |
| Fax to Intake Center | | | | 14.00 |

Total Projected Intake Numbers: 0

| | Total Intake % By LOB | WC | GL | AL | PL | Other | Incident | Estimated Revenue |
|---|---|---|---|---|---|---|---|---|
| | | 0% | 0% | 0% | 0% | 0% | 0% | $0.00 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0.00 |
| Total Intake $ By LOB | | $0 | $0 | $0 | $0 | $0 | $0 | $0.00 |

Internet Reporting Training — Web-Ex? **No**

Report to Office (Terzich) — Office **x**

No claim reporting needed (all tail) **x**

Published Rate **$1,500**

| WC | GL | AL | Other LB |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

**x**

Additional fee per claim because Cambridge services unused*

*select if Jeff Harr or Randy Basheda has waved this additional fee

$0.00

Comments

**Total** $0.00

Plaintiff
187

CAMBRIDGE

# Universal Notification Form
### New Business

## Claim System

| Claim System | Select | Comment |
|---|---|---|
| Ovation Claim | | |
| Cam*LB | | |
| Voyager | | |
| Client System | X | |
| None | | |
| Other | | |

Plaintiff
188

# CAMBRIDGE

# Universal Notification Form
## New Business

## On-Line Access /Training/ Technical Support

### Product and Training

| Product and Training | Select | Training Method | Training (Days) | Training Sessions | Training Rate | # Users | Rate/User | Estimated Revenue |
|---|---|---|---|---|---|---|---|---|
| Ovation BI Standard | | Web Ex | 0.5 | 1 | $0.00 | 0 | $1,000.00 | $0.00 |
| Ovation Cubes | | Web Ex | 0.5 | 1 | $0.00 | 1 | $1,000.00 | $0.00 |
| Ovation Query | | Web Ex | 1.0 | 1 | $1,500.00 | 0 | $1,000.00 | $0.00 |
| | | One time setup fee | | $6,500.00 | | | | $0.00 |
| Ovation Portal | | Web Ex | 0.5 | 1 | $0.00 | 0 | $800.00 | $0.00 |
| Ovation Portal View-Only | | Web Ex | 0.5 | 2 | $0.00 | 0 | $2,500.00 | $0.00 |
| First Ovation Portal License Discount (free license) | | | | | | | | $0.00 |
| Combined Query and Portal Discount | | | | | | | | $0.00 |

| | Select | Estimated # of Users/Locations | | Combined licenses | Estimated year 1 claims | | Rate/User | Estimated Revenue |
|---|---|---|---|---|---|---|---|---|
| OSHA Reporting | | 0 | | 0 | 0 | | 0 | $0.00 |

### Technical Support

| Technical Support | Select | Package of Services | | | | | Package Price | Estimated Revenue |
|---|---|---|---|---|---|---|---|---|
| Platinum Package | | 10 hours support/ designated analyst/ 4 training days | | | | | $5,000.00 | $0.00 |
| Gold Package | | 6 hours support/ 2 training days | | | | | $2,700.00 | $0.00 |
| Silver Package | | 4 hours support/ 1 training day | | | | | $1,500.00 | $0.00 |

| | | Number of Newsboxes | | | List Amt $ | - | Amount | Estimated Revenue |
|---|---|---|---|---|---|---|---|---|
| Custom News-box | | | | | | | $0.00 | $0.00 |

**Total** $0.00

Plaintiff
189

CAMBRIDGE

# Universal Notification Form
## New Business

Plaintiff
190

## Technical Services

| | Select | | | | | Estimated Revenue |
|---|---|---|---|---|---|---|
| **Claim Extracts** | | | | | | |
| Client Claim Extract | | Custom? | | Method? | | $0.00 |
| Carrier Claim Extract | | Carrier(s) requiring an extract: | | | Frequency? | $0.00 |
| **Reports** | | | | | | |
| Employee Load | | Format: | | If "Other", identify vendor format | | $0.00 |
| Other | | Define and specify fee in right column | | | | |
| **Conversions** | | | | | | |
| Claim - one LOB | | Specify Source for Data: | | | | $0.00 |
| Claim - multi-LOB | | Specify Source for Data: | | | | $0.00 |
| Manual Claim Entry | | Fee for entry of open takeover claims into Ovation Claim system | | | | $0.00 |
| Bill Review | | Specify Source for Data: | | | | $0.00 |
| | | | | | **Total** | $0.00 |

## Miscellaneous Services

| | Select | Comment | | | | Estimated Revenue |
|---|---|---|---|---|---|---|
| Administrative fee | | Percent = | 0.00% | Fixed Amount | | $0.00 |
| SIU | | | | | | $0.00 |
| Structured Settlement | | Percent of Savings negotiated | | 0.00% | | $0.00 |
| | | | | | **Total** | $0.00 |

# CAMBRIDGE

## Universal Notification Form
### New Business

**Cambridge Recovery** [x]

If selected, review standard subro fee description below and select agreement or complete fee description.

[x] Cambridge will investigate and pursue subrogation possibilities on behalf of the client in all states permitting subrogation. Cambridge will be paid a fee of 25% of the net subrogation recovery as an allocated expense. Should Cambridge engage counsel to assist in the recovery effort, by filing suit or otherwise, the fee, including counsel's legal fee, shall be no greater than 40% of the net subrogation recovery. Cambridge will obtain client's approval prior to final disposition for any recovery less than 66% of the recoverable amount.

[x] Cambridge will investigate and pursue subrogation possibilities on behalf of the client in all states permitting subrogation. Cambridge will be paid a fee of 25% of the gross subrogation recovery as an allocated expense. Should Cambridge engage counsel to assist in the recovery effort, by filing suit or otherwise, the fee, including counsel's legal fee, shall be no greater than 40% of the gross subrogation recovery. Cambridge will obtain client's approval prior to final disposition for any recovery less than 66% of the recoverable amount. Cambridge will pursue second injury fund recovery on a case by case basis for an additional service fee as set forth in Schedule V.

[x] Other The WVOIC will entertain Cambridge engaging in settlement activities on these claims. We will be meeting later this week to discuss further.

## Non-Standard Level of Services

If sold "per claim program", are all services sold at standard level? [ ]     If no, has Jeff Harr and/or Randy Basheda approved arrangement? [ ]

**standard published levels of service**

| Field Claim Service Programs | select | <$100K | <$250K & >$100K | >$250K | Comments |
|---|---|---|---|---|---|
| Claim Audit | [ ] | 1 per year | 1 per year | 1 per year | |

Plaintiff
191

additional fee [ ]          $0.00

# CAMBRIDGE

# Universal Notification Form
## New Business

| | | | | |
|---|---|---|---|---|
| Claim Reviews | ☐ | 1 per year | 2 per year | 4 per year additional fee [ $0.00 ] |
| | | additional claim reviews per year [ 0 ] | | |
| | | additional fee of $2900 for each additional claim review per year | | |
| Tail Claims | ☐ | Telephonic/ desk adjusting per Best Practice | Telephonic/ desk adjusting per Best Practice | Telephonic/ desk adjusting per Best Practice additional fee [ $0.00 ] |
| | | All Claims Review is an additional fee | | |
| Service Fee Billing | ☐ | Annual, semi-annual or quarterly based on estimated fee, audited annually | Annual, semi-annual or quarterly based on estimated fee, audited annually | Annual, semi-annual or quarterly based on estimated fee, audited annually |
| | | $250 fee for billing actual fee for services on a monthly basis | | |
| Stewardship Report/ Trend analysis | ☐ | NA | NA | 1 per year additional fee [ $0.00 ] |
| Investigations | ☐ | as needed per Best Practices | as needed per Best Practices | as needed per Best Practices additional fee [ $0.00 ] |
| | | If every file must be investigated, sc⁀ le defaults to additional $30 per claim | | |

Plaintiff
192

# Universal Notification Form
## New Business

| | | | | additional fee | $0.00 |
|---|---|---|---|---|---|

**Reserving Authority** ☐

authority <$25K | authority <$25K | authority <$25K

suggested that if authority level is less than $25K, a 5% fee should be added per claim

| | additional fee | $0.00 |

**Settlement Authority** ☐

WC authority <$25K | authority <$25K
LB authority <$15K | LB authority <$15K

suggested that if authority level is less than $25K, a 5% fee should be added per claim

| | additional fee | $0.00 |

**Claim-specific reports to client** ☐

WC report > $50K | WC report > $50K | WC report > $50K
incurred per claim | incurred per claim | incurred per claim
LB report > $25K | LB report > $25K | LB report > $25K
incurred per claim | incurred per claim | incurred per claim

| additional fee | $0.00 |

**Managed Care Services** ☐

Assume Cambridge | Assume Cambridge | Assume Cambridge
BR, PPO, TCM, UR | BR, PPO, TCM, UR | BR, PPO, TCM, UR
Cameo, Pharmacy | Cameo, Pharmacy | Cameo, Pharmacy
COIN | COIN | COIN

If Cambridge Managed Care services are not used, an additional fee would be applied to the WC per claim fees

| additional per claim fee | $0.00 | additional fee | $0.00 |

**Case Load Levels** ☐

as defined by LOB | as defined by LOB | as defined by LOB
and Claim Type | and Claim Type | and Claim Type
in Std Level of | in Std Level of | in Std Level of

| | | $0.00 |

Plaintiff
193

# CAMBRIDGE

# Universal Notification Form
## New Business

Service document    Service document    Service document

lower case load pricing must be approved by Jeff Harr

additional fee    $0.00

Total    $0.00

## Service Contract

| Service Contract | Select | Threshold | Contract Term | Comments |
|---|---|---|---|---|
| CISGI Std Contract (1 or 2) |  | | | |
| Client/Carrier Contract | x | | | |
| Contract initiated?(Yes/No) | yes | | | |
| CISGI contract with? | Client | | | |

Plaintiff
195

# CAMBRIDGE

# Universal Notification Form
### New Business

## Service Billing Terms

| Service Billing Terms | Response | Comment |
|---|---|---|
| Contact for billing | | TBD |
| Billing start date | 10-01-2006 | See attached contract |
| Initial invoice amount | $47,876.79 | See attached contract |
| Subsequent inv amts | $383,586.49 | See attached contract |
| Invoice frequency | monthly | See attached contract |
| Allocation by office | | See attached contract |
| True up due | | Date |
| Shared production | | |
| Service billing office | | Cranbury, NJ |
| Other | | |
| Other | | |

# CAMBRIDGE

# Universal Notification Form
## New Business

## Claim Funding

| | Select | Comment |
|---|---|---|
| CISGI escrow | | N/A |
| Client check stock | | |
| Authorization acct | | |
| Carrier/client escrow | | |
| Other | | |

## Dedicated Check Stock Services

| | Select | Comment | | Total | |
|---|---|---|---|---|---|
| Checking Account Setup | | one time fee | N/A | | $0.00 |
| 1099 Reporting | | annual fee | | | $0.00 |
| Interface Monitoring Fee | | annual fee | | | $0.00 |
| PosPay Interface Prog | | up to 100 hours programming | | | $0.00 |
| EFT Programming | | up to 150 hours programming | | | $0.00 |
| Cleared Checks Prog | | up to 80 hours programming | Wells Fargo account? | | $0.00 |
| | | | | **Total** | $0.00 |

## CISGI Division Managing Account

| | Select | Comment |
|---|---|---|
| Field Claim Services - Harr | x | Barbara Brown will be the primary operational contact on this program |
| Specialty Group - Terzich | | Lisa Murphy will act in a client service role as a liason between BrickStreet and Cambridge |
| Insurance Group - Raup | | |
| Client Services - Conway | | |

Plaintiff
197

# CAMBRIDGE

# Universal Notification Form

## New Business

**Comment**

Primary Operations Contact assigned | **Barbara Brown**

## To Be Completed by Nora Conway

| | Comment |
|---|---|
| Client Services Manager assigned | None |
| Date Notification to CISGI Division leaders | |

## General Comments

This is a very unique and complex program in which BrickStreet has contracted with the WVOIC to handle tail claims pre-January 2006 for a one year period from Oct. 1, 2006 through September 30, 2007. They have, in turn, subcontracted with Cambridge to be the TPA on these claims with a takeover cost plus model in which Cambridge will transition as many of the existing 63 employees over as are willing and assign two senior level claims managers to manage the day to day operations of the program. It should be noted that employees laid off by BrickStreet prior to January 1, 2007 but after January 1, 2006 are eligible, via a Senate Bill, to receive preferential employment opportunity as well as re-training through the State of WV. During this one year period, the WVOIC will develop and distribute RFPs for particular buckets of claims, i.e. "medical management claims" including pharmacy, hearing loss, etc. Cambridge will bid on these pieces of business while continuing to manage claims. In a completely separate program, we will be performing a targeted claim review on the 43,000 claims to determine a strategy going forward to resolve claims and id different buckets for RFP and/or resolution. BrickStreet is the payor on this program and the WVOIC has some oversight. Employees will be terminated from BrickStreet effective November 30, 2006. Those employees remaining and any additional staff on the program will reside on site at BrickStreet and BrickStreet will continue to provide office space, equipment, Internet access, telephone system, etc. BrickStreet will give them access to the WCIS system (Workers Compensation Insurance System) and Internet for our webmail. We also are supplying 20 Cambridge employees located throughout US to access the WCIS system for auditing.

Plaintiff
1